UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

      Plaintiff,                      Case No. 1:06:CR:10

v.

                                       HON. GORDON J. QUIST

TERHON LAMARR GUIDRY,

      Defendant.
_____/

## ORDER

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed March 8, 2006, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Terhon Lamarr Guidry's plea of guilty to Count One of the Indictment is accepted. Defendant Terhon Lamarr Guidry is adjudicated guilty.

3. Defendant Terhon Lamarr Guidry shall be detained pending sentencing.

4. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated: March 24, 2006                                                /s/ Gordon J. Quist
                                                                         GORDON J. QUIST
                                                                  UNITED STATES DISTRICT JUDGE