# United States District Court
## Western District of Michigan

| | |
|---|---|
| UNITED STATES OF AMERICA | Case Number: 1:06-cr-10-01 |
| v. | USM No. 12590-040 |
| TE'RHON LAMARR GUIDRY | Paul L. Nelson<br>Defendant's Attorney |

Date of Previous Judgment:  August 3, 2006
(Use Date of Last Amended Judgment if Applicable)

### ORDER ADJUDICATING MOTION FOR MODIFICATION OR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of the defendant under 18 U.S.C. §3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. §994(u), and the Court having considered such motion,

**IT IS HEREBY ORDERED** that the motion is:

- ☐ DENIED.
- **[X]** GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   135   months **is reduced to**   120   months.

**IT IS FURTHER ORDERED THAT:**

**I.   COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 33 | Amended Offense Level: | 31 |
| Criminal History Category: | IV | Criminal History Category: | IV |
| Previous Guideline Range: | 188 to 235 months | Amended Guideline Range: | 151 to 188 months |

**II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

- ☐ The reduced sentence is within the amended guideline range.
- ☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
- **[X]** Other (explain):

Originally, the defendant received a three-level downward departure based on a 5K1.1 motion by the government and was sentenced to 135 months, which was at the bottom of the guideline range (135 to 168 months).  Taking a three-level downward departure into consideration, the new guideline range would be 110 to 137 months.  However, the defendant pled to a charge that carries a mandatory minimum sentence of 120 months.  Absent an appropriate motion by the government, this Court is without authority to reduce a sentence below the mandatory minimum.

Except as provided above, all provisions of the judgment dated   August 3, 2006   shall remain in effect.

**IT IS SO ORDERED.**

Order Date: September 8, 2010                                     /s/ Paul L. Maloney
                                                                                       Paul L. Maloney
                                                                                       Chief United States District Judge